## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | STANLEY D. HENRY |
| Case Number: | 18-21613-CMB     Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 08, 2018 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/13/18 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#6 - Final Confirmation of Plan Dated 4/24/2018 (NFC)
+Objection of Pingora Loan Servicing, LLC
R / M #:  0 / 0

### *Appearances:*

Debtor: Lewa
Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __2-7-19__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. _____ Other:

10/31/201  12:39:14PM