IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Bankruptcy No. 18-21613-CMB |
| Stanley D. Henry, | ) |
| | ) Chapter 13 |
| _Debtor._ | ) |
| Stanley D. Henry, | ) |
| | ) Related to Document No. 38 |
| Movant, | ) |
| v. | ) ~~Hearing Date and Time:~~ |
| | ) |
| Pingora Loan Servicing, | ) |
| | ) |
| Respondent. | ) |

## ORDER

A *Loss Mitigation Order* dated <u>June 18, 2018</u>, was entered in the above matter at Document No. <u>28</u>. On <u>November 7, 2018,</u> a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>Stanley D. Henry</u> at Document No. <u>38.</u>

*AND NOW*, this <u>21st</u> day of <u>November</u>, 20<u>18</u>, it is hereby **ORDERED, *ADJUDGED AND DECREED*** that the loss mitigation period is *extended up to and including* <u>January 15, 20 19</u>.

_____
United States Bankruptcy Judge

FILED
11/21/18 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)

Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Stanley D. Henry
    Debtor

Case No. 18-21613-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Nov 21, 2018
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db          +Stanley D. Henry,   649 Greenlee Road,    Pittsburgh, PA 15227-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
         Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
         James    Warmbrodt     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
         James    Warmbrodt     on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas    Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                                       TOTAL: 10