IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. 18-21613-CMB |
| STANLEY D. HENRY, : | |
|     Debtor(s) : | |
| : | Chapter 13 |
| : | |
| STANLEY D. HENRY, : | |
|     Movant : | |
| v. : | Document No. |
| : | |
| NO RESPONDENTS, : | Related to Document No. |
|     Respondents : | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on December 7, 2018, via first class mail postage prepaid:

**COPA Executive Office-Bureau of Commonwealth Pay Op, PO Box 8006, Harrisburg, PA 1715-8006**

Executed on: December 7, 2018

                                                    s/Amy L. Zema
                                                  Amy L. Zema, Esquire
                                                  PA ID 74701
                                                  2366 Golden Mile Highway, #155
                                                  Pittsburgh, PA 15239
                                                  412-744-4450
                                                  *Attorney for Debtor*