**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-21613-CMB |
|     Stanley D. Henry, | ) | |
| | ) | Chapter 13 |
|                Debtor. | ) | |
|     Stanley D. Henry, | ) | |
| | ) | Related to Document No. |
|     Movant, | ) | |
|     v. | ) | Hearing Date and Time: |
| | ) | |
|     Pingora Loan Servicing, | ) | |
| | ) | |
|     Respondent. | ) | |

**CERTIFICATE OF SERVICE**

    I, Amy L. Zema, Esquire, certify under penalty of perjury that on December 11, 2018, I served the Interim Mortgage Modification Order Document No. 47, via electronic mail to the Chapter 13 Trustee at LMP@chapter13trusteewdpa.com.

Date: December 11, 2018          By:    /s/Amy L. Zema
                                                                            Amy L. Zema, Esquire
                                                                           PA ID 74701
                                                                           2366 Golden Mile Hwy., #155
                                                                           Pittsburgh, PA 15239
                                                                           (412) 744-4450
                                                                           amy@zemalawoffice.com