IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-21613-CMB |
|     Stanley D. Henry, | ) | |
| | ) | Chapter 13 |
|     Debtor. | ) | |
|     Stanley D. Henry, | ) | |
| | ) | Related to Document No. 42 |
|     Movant, | ) | |
|     v. | ) | Hearing Date and Time: |
| | ) | |
| Pingora Loan Servicing, | ) | |
| | ) | |
|     Respondent. | ) | |

## INTERIM MORTGAGE MODIFICATION ORDER

On December 1, 2018, the above-named Debtor(s) and Respondent Pingora Loan Servicing (servicer for Cenlar) entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtor's residence. The terms of the Trial Modification require monthly payments in the amount of $1,582.76 ("Trial Payments") to begin on **January 1, 2019** and to continue in that amount until **March 1, 2019** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this 10th day of December, 2018, for the foregoing reasons it is hereby **ORDERED, *ADJUDGED* and *DECREED*** that:

(1)     The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the

Amount of $1,582.76 for the following months: January, February and March. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3) The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5) Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

_____
CHIEF U.S. BANKRUPTCY JUDGE

FILED
12/10/18 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 47 (04/14)                                        Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-21613-CMB
Stanley D. Henry                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1               Date Rcvd: Dec 10, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
db              +Stanley D. Henry,   649 Greenlee Road,   Pittsburgh, PA 15227-1021
14819479        +Pingora Loan Servicing,   425 Phillips Blvd.,   Trenton, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
              James   Warmbrodt    on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
              Keri P. Ebeck   on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 10