# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 18-21613-CMB |
| Stanley D. Henry, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| Stanley D. Henry, ) | |
| ) | Related to Document No. |
| Movant, ) | |
| v. ) | **Hearing Date and Time:** |
| ) | **May 8, 2019 at 10:00 a.m.** |
| Pingora Loan Servicing, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTORS' MOTION TO AUTHORIZE LOAN MODIFICATION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **April 22, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **May 8, 2019 at 10:00 a.m.** before The Honorable Carlotta M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: April 5, 2019
/s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtors*