**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | Bankruptcy No. 18-21613-CMB |
| Stanley D. Henry, ) | |
| ) | Chapter 13 |
| <u>    Debtor.    </u> ) | |
| Stanley D. Henry, ) | |
| ) | Related to Document No. |
| Movant, ) | |
| v. ) | **Hearing Date and Time:** |
| ) | **May 8, 2019 at 10:00 a.m**. |
| Pingora Loan Servicing, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

    I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the forgoing Motion to Authorize Loan Modification, Exhibit, and proposed Order on the following parties at the addresses listed below on April 5, 2019, via electronic mail and/or first class mail postage prepaid:

Pingora Loan Servicing
425 Phillips Blvd.
Trenton, NJ 08618

Jerome Blank, Esquire
Phelan Hallinan Diamond & Jones
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
*Jermome.blank@phelanhallinan.com*

Pingora Loan Servicing
c/o Flagstar Bank
515 Corporate Drive
Troy, Michigan 48098

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  <u>April 5, 2019</u>        By:    <u>/s/Amy L. Zema</u>
                                                      Amy L. Zema, Esquire
                                                      PA ID 74701
                                                      2366 Golden Mile Hwy., #155
                                                      Pittsburgh, PA 15239
                                                      (412) 744-4450
                                                      amy@zemalawoffice.com