## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 18-21613-CMB |
| Stanley D. Henry, ) | |
| ) | Chapter 13 |
| <u>          Debtor.          </u> ) | |
| Stanley D. Henry, ) | |
| ) | Related to Document No. |
| Movant, ) | |
| v. ) | **Hearing Date and Time:** |
| ) | **May 8, 2019 at 10:00 a.m**. |
| Pingora Loan Servicing, ) | |
| ) | |
| Respondent. ) | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Authorize Loan Modification filed on April 5, 2019 at Document Number 56 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Hearing, objections to the Motion were to be filed and served no later than April 22, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Authorize Loan Modification be entered by the Court.

Date:  <u>April 26, 2019</u>          By:    <u>/s/Amy L. Zema          </u>
                                             Amy L. Zema, Esquire
                                             PA ID 74701
                                             2366 Golden Mile Hwy., #155
                                             Pittsburgh, PA 15239
                                             (412) 744-4450
                                             amy@zemalawoffice.com