**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:<br>　　　Stanley D. Henry,<br><br>　　　　　　　Debtor.<br>　　　Stanley D. Henry,<br><br>　　　　　　　Movant,<br>　　v.<br><br>　　　Pingora Loan Servicing,<br><br>　　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 18-21613-CMB<br><br>Chapter 13<br><br><br>Related to Document No. 56<br><br>Hearing Date and Time:<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, upon consideration of Debtor's Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1. The Debtor is approved to enter into a Loan Modification agreement with Pingora Loan Servicing c/o Flagstar Bank, under the following terms:

   a. Principal balance: $186,878.67
   b. Effective Date: May 1, 2019
   c. End Date: April 1, 2049
   d. Payment schedule as follows:

| | **LOAN MODIFICATION TERMS** |
|---|---|
| Unpaid Principal Balance | $186,878.67 |
| Arrearages | $0.00 |
| Maturity Date | April 1, 2049 |
| Interest Rate | 5.12% |
| Total payment including escrow | $1,574.52 |
| Effective Date | May 1, 2019 |

2. If the loan modification approved by the Court impacts the provisions of the debtor's Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

3.    If the loan modification approved by the Court results in a material change in the debtor's expenses, the debtor shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated:   April 30, 2019

*Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
4/30/19 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stanley D. Henry  
    Debtor

Case No. 18-21613-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric    Page 1 of 1    Date Rcvd: Apr 30, 2019  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
db     +Stanley D. Henry,  649 Greenlee Road,  Pittsburgh, PA 15227-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr      Cenlar FSB as servicer for Pingora Loan Servicing,
cr      Flagstar Bank, FSB as servicer for Pingora Loan Se
cr      PINGORA LOAN SERVICINGS, LLC.
cr      Pingora Loan Servicing, LLC
cr      Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB
     TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
     Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
     Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
     Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
     James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
     Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com, cnoroski@grblaw.com
     Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
     Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
     Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
     Maria T. Capiral    on behalf of Creditor    Department Store National Bank bk.mail@quantum3group.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Thomas Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
     TOTAL: 13