# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | STANLEY D. HENRY |
| Case Number: | 18-21613-CMB     Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 23, 2019 10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/24/19 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#6 - Continued Confirmation of Plan Dated 4/24/2018 (NFC)
R / M #: 6 / 0

### Appearances:

Debtor: Zema
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 6-14-19.
   Objections are due on or before 7-5-19
   A hearing on the Amended Plan is set for 8-29-19 at 10:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/15/2019   3:23:54PM