Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stanley D. Henry**
  Debtor(s)

Bankruptcy Case No.: 18–21613–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: August 29, 2019 at 10:00 AM

# ORDER

On May 23, 2019, a Conciliation Conference was conducted on the April 24, 2018 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 24th of May, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before June 14, 2019,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) **On or before August 8, 2019,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On August 29, 2019 at 10:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: May 24, 2019

cm: Debtor
    Counsel for Debtor

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Stanley D. Henry
    Debtor

Case No. 18-21613-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: May 24, 2019
                       Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.
db           +Stanley D. Henry,   649 Greenlee Road,   Pittsburgh, PA 15227-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:
         Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing,LLC c/o Flagstar Bank,
          FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
         Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
          Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
         James    Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
         James    Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Maria T. Capiral    on behalf of Creditor    Department Store National Bank
          bk.mail@quantum3group.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas    Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                       TOTAL: 13