UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Stanley D. Henry,<br>                                Debtors<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>                                Movant<br>                        vs.<br>Pingora Loan Servicing, LLC<br>Respondent | Chapter 13<br><br>Bankruptcy No. 18-21613-CMB<br><br>Related to Document No. 62, 63 & 70 , 71<br><br>Hearing: 7/2/2019 at 10:00am |

## ORDER

AND NOW, this __20th__ day of _____June_____, 2019, it is hereby ORDERED that the July 2, 2019 Hearing on the Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges is hereby continued to July 24, 2019 at 10:00 A.M. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

FILED
6/20/19 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21613-CMB
Stanley D. Henry                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1            Date Rcvd: Jun 20, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db              +Stanley D. Henry,   649 Greenlee Road,   Pittsburgh, PA 15227-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing,LLC c/o Flagstar Bank,
               FSB ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Amy L. Zema    on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com
              Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
              Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
               Servicing, LLC ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Maria T. Capiral    on behalf of Creditor    Department Store National Bank
               bk.mail@quantum3group.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 15