IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | Bankruptcy No. 18-21613 CMB |
| **Stanley D. Henry,** | ) | Chapter 13 |
| Debtor(s). | ) | |
| **Stanley D. Henry,** | ) | |
| Movant(s), | ) | |
| v. | ) | Related Doc. No. 30 |
| **Pingora Loan Servicing,** | ) | |
| Respondent(s). | ) | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

On July 5, 2018, this Court entered the Loss Mitigation Order ("LMP Order") directing the above-captioned parties to participate in the Court's Loss Mitigation Program ("LMP"). Pursuant to the LMP Order and the Local Rules, the LMP Period terminates one hundred twenty (120) days from entry of the LMP Order unless extended. The LMP Order further provides that the Debtor shall submit an LMP Final Report within seven (7) days of the termination of the LMP Period. In this case, the record reflects that the LMP Period expired.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Within fifteen (15) days from the date of this Order, the Debtor shall file one of the following:

    a. An appropriate Motion to Extend the Loss Mitigation Period, setting forth the specific reasons why the parties were unable to reach a consensual resolution on or before the expiration of the LMP Period and why an extension of the LMP Period should be granted by the Court;

    *or*

    b. An LMP Final Report.

2. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court intends to ensure that LMP matters progress to completion.

3. If a party to the LMP has not been cooperating or proceeding in good faith as required by the Local Rules, the matter shall be brought to the attention of the Court for resolution.

Date:   July 5, 2019

                                   Carlota M. Böhm    **dmr**
                                   Chief United States Bankruptcy Judge

FILED
7/5/19 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21613-CMB
Stanley D. Henry                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jul 05, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2019.
db             +Stanley D. Henry,   649 Greenlee Road,   Pittsburgh, PA 15227-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2019 at the address(es) listed below:
    Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
    Amy L. Zema    on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com
    Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
    Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
    James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
    Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com, cnoroski@grblaw.com
    Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
    Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
    Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
    Maria T. Capiral    on behalf of Creditor    Department Store National Bank bk.mail@quantum3group.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Thomas Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                            TOTAL: 15