Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stanley D. Henry**
Debtor(s)

Bankruptcy Case No.: 18–21613–CMB
Issued per 8/29/2019 Proceeding
Chapter: 13
Docket No.: 82 – 67
Concil. Conf.: August 29, 2019 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 3, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Aug. 29, 2019 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 4 of WhiteHall Boro .

☐ H.   Additional Terms:

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 30, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21613-CMB
Stanley D. Henry                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                Page 1 of 2              Date Rcvd: Aug 30, 2019
                              Form ID: 149              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
```
db           +Stanley D. Henry,    649 Greenlee Road,    Pittsburgh, PA 15227-1021
cr           +Borough of Whitehall,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr           +Department Store National Bank,    PO Box 657,    Kirkland, WA 98083-0657
14850906     +Borough of Whitehall,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14819473     +Cenlar,   425 Phillips Blvd.,    Trenton, NJ 08618-1430
14850223     +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
               Sioux Falls, SD 57104-0493
14983475      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
14993082     +Flagstar Bank, FSB as servicer for Pingora Loan Se,    C/O McCabe, Weisberg & Conway, LLC,
               Suite 1400,    123 South Broad Street,    Philadelphia, PA 19109-1060
14819474      Francis S. Hallinan, Esquire,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103
14819475     +I.C. Systems,    PO Box 64437,    Saint Paul, MN 55164-0437
14819477     +Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
14871111     +PINGORA LOAN SERVICING, LLC,    CENLAR FSB,    Attn: BK Department,    425 PHILLIPS BLVD.,
               EWING NJ 08618-1430
14819480     +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14875718     +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14819479     +Pingora Loan Servicing,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14866342      UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14820399      E-mail/Text: ally@ebn.phinsolutions.com Aug 31 2019 02:59:11     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
14819471     +E-mail/Text: ally@ebn.phinsolutions.com Aug 31 2019 02:59:11     Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
14819472     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2019 03:01:10      Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
14857599      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2019 03:00:46
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14873598     +E-mail/Text: kburkley@bernsteinlaw.com Aug 31 2019 03:00:01     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14871973      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2019 03:00:50
               LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
               Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14991376      E-mail/Text: cashiering-administrationservices@flagstar.com Aug 31 2019 02:59:54
               Pingora Loan Servicing, LLC,    c/o Flagstar Bank, FSB,    5151 Corporate Drive,
               Troy, Michigan 48098-2639
14819481     +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Aug 31 2019 02:59:18
               State Farm Bank,    PO Box 2316,    Bloomington, IL 61702-2316
14860965      E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Aug 31 2019 02:59:18
               State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
14819482     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 31 2019 02:59:08
               Verizon,    500 Technology Dr., Ste. 300,    412372157, MO 63304-2225
14869194      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2019 03:01:16      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Cenlar FSB as servicer for Pingora Loan Servicing,
cr            Flagstar Bank, FSB as servicer for Pingora Loan Se
cr            PINGORA LOAN SERVICINGS, LLC.
cr            Pingora Loan Servicing, LLC
cr            Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB
14819476      Jordan Tax Service
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14819478    ##+Melissa Wood,    5621 Curry Road,    Pittsburgh, PA 15236-3517
                                                                                 TOTALS: 6, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: dbas              Page 2 of 2            Date Rcvd: Aug 30, 2019
                               Form ID: 149            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing,LLC c/o Flagstar Bank,
           FSB ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          Alexandra Teresa Garcia    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC.
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
          Amy L. Zema    on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com
          Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
           Servicing, LLC ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com
          James   Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Maria T. Capiral    on behalf of Creditor    Department Store National Bank
           bk.mail@quantum3group.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 16
```