IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>STANLEY D. HENRY,<br>　　　　　　　　　　Debtor(s) | :<br>:<br>:<br>: | Bankruptcy No. 18-21613-CMB<br><br>Chapter 13 |
| STANLEY D. HENRY,<br>　　　　　　　　　　Movant<br>　　v.<br>NO RESPONDENTS,<br>　　　　　　　　　　Respondents | :<br>:<br>:<br>:<br>:<br>: | <br><br>Document No.<br><br>Related to Document No. 86 |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

　　The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 Plan:
　　IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income: **COPA Executive Office-Bureau of Commonwealth Pay Op, PO Box 8006, Harrisburg, PA 1715-8006,** shall deduct from that income the sum of **$1,122.00 bi-weekly**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　　RONDA J. WINNECOUR
　　　　CHAPTER 13 TRUSTEE, W.D.PA.
　　　　P.O. Box 84051
　　　　Chicago IL 60689-4002

　　IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
　　IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
　　IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
　　IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
　　IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
　　IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this __12th__ day of __November__, __2019__.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
11/12/19 5:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_　　dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                     Case No. 18-21613-CMB
Stanley D. Henry                                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric                  Page 1 of 1                  Date Rcvd: Nov 13, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Stanley D. Henry,    649 Greenlee Road,    Pittsburgh, PA 15227-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Pingora Loan Servicing,LLC c/o Flagstar Bank,
               FSB ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC.
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Amy L. Zema    on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com
              Amy L. Zema    on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com
              Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
               Servicing, LLC ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren Moyer    on behalf of Creditor    PINGORA LOAN SERVICINGS, LLC. lmoyer@mwc-law.com
              Maria T. Capiral    on behalf of Creditor    Department Store National Bank
               bk.mail@quantum3group.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Pingora Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 17