IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21613-CMB |
| STANLEY D. HENRY, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| STANLEY D. HENRY, | : | |
|     Movant | : | |
| v. | : | Document No. |
| | : | |
| NO RESPONDENTS, | : | Related to Document No. |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 19, 20 19, via first class mail postage prepaid:

**COPA Executive Office-Bureau of Commonwealth Pay Op, PO Box 8006, Harrisburg, PA 1715-8006**

Executed on:   November 19, 2019

                                                         s/Amy L. Zema
                                                         Amy L. Zema, Esquire
                                                         PA ID 74701
                                                         2366 Golden Mile Highway, #155
                                                         Pittsburgh, PA 15239
                                                         412-744-4450
                                                         *Attorney for Debtor*