**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Stanley D. Henry, | ) | Bankruptcy No. 18-21613-CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Stanley D. Henry, | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| No Respondent, | ) | |
| | ) | **Date and Time of hearing:** |
| Respondent. | ) | **October 7, 2020 at 10:00 a.m.** |

**NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTORS'
MOTION TO APPROVE POST-PETITION FINANCING**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **September 14, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A **telephonic** hearing will be held on **October 7, 2020 at 10:00 a.m.** before Judge Carlota M. Bohm. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service:  August 27, 2020         /s/Amy L. Zema
                                          Amy L. Zema, Esquire
                                          PA ID: 74701
                                          2366 Golden Mile Highway, #155
                                          Pittsburgh, PA 15239
                                          (412) 744-4450
                                          amy@zemalawoffice.com
                                          *Attorney for Debtors*