# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Stanley D. Henry, ) | Bankruptcy No. 18-21613-CMB |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| Stanley D. Henry, ) | |
| ) | |
| Movant, ) | Document No. |
| v. ) | |
| ) | Related to Document No. |
| No Respondent, ) | |
| ) | **Date and Time of hearing:** |
| Respondent. ) | **October 7, 2020 at 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE POST-PETITION FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 27, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than September 14, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  September 15, 2020                    /s/Amy L. Zema
                                             Amy L. Zema, Esquire
                                             PA ID: 74701
                                             2366 Golden Mile Highway, #155
                                             Pittsburgh, PA 15239
                                             (412) 744-4450
                                             amy@zemalawoffice.com
                                             *Attorney for Debtors*