**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/10/2021

IN RE:

STANLEY D. HENRY
649 GREENLEE ROAD
PITTSBURGH, PA  15227
XXX-XX-5881         Debtor(s)

Case No.18-21613 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/10/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | INT % / Claim | CRED DESC / Account / Comment |
|---|---|---|---|
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 1<br>Court Claim Number: 10<br>CLAIM: 0.00 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2869<br>COMMENT: LOAN MOD @ 35*FR CENLAR-DOC 50*FR PINGORA-DOC 103 |
| **AFNI INC**<br>C/O BECKET & LEE LLP<br>PO BOX 3002<br>MALVERN, PA 19355-0702 | Trustee Claim Number: 2<br>Court Claim Number: 6<br>CLAIM: 8,814.00 | INT %: 4.00% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5701<br>COMMENT: $/OE-PL@4%/PL*16514.95/CL*W/36*FR STATE FARM-DOC 99 |
| **CENLAR FSB\*\***<br>ATTN BANKRUPTCY<br>425 PHILLIPS BLVD<br>EWING, NJ 08628 | Trustee Claim Number: 3<br>Court Claim Number:<br>CLAIM: 0.00 | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>COMMENT: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00 | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>COMMENT: |
| **WHITEHALL BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE INC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 5<br>Court Claim Number: 3<br>CLAIM: 215.59 | INT %: 10.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9G26<br>COMMENT: 89G26;THRU 4/24/18*$CL-PL@10%*PRI/SCH*WNTS 10% |
| **MELISSA WOOD**<br>5621 CURRY RD<br>PITTSBURGH, PA 15227 | Trustee Claim Number: 6<br>Court Claim Number:<br>CLAIM: 0.00 | INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY ARR.<br>ACCOUNT NO.: 8401<br>COMMENT: NT PROV/PL |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 7<br>Court Claim Number:<br>CLAIM: 0.00 | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>COMMENT: PINGORA LN/PRAE |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8<br>Court Claim Number: 5<br>CLAIM: 3,180.75 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8678<br>COMMENT: 6555/SCH |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 9<br>Court Claim Number:<br>CLAIM: 0.00 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8356<br>COMMENT: MICHAEL LEDONNE DDS/SCH |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 10<br>Court Claim Number: 13<br>CLAIM: 2,070.12 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8003<br>COMMENT: 2091/SCH |

| Creditor | Claim Info | Description |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,205.02<br>COMMENT:  3443/SCH*CHARGE OFF 12/31/16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **OFFICE OF US ATTORNEY**<br>700 GRANT ST STE 4000<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  70.75<br>COMMENT:  DEFICIENCY BALANCE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0321 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O CITIBANK NA**<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  597.45<br>COMMENT:  6507/SCH*MACYS*IMPROPER AMD CL 2-2 W/D*ADR/CR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1960 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BORO OF WHITEHALL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **WHITEHALL BOROUGH (STORMWATER)**<br>C/O JORDAN TAX SVC - CURR YR CLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:21  INT %:  10.00%<br>Court Claim Number:4<br><br>CLAIM:  336.00<br>COMMENT:  189G26;THRU 4/24/18*CL4GOV*$CL-PL@10%*NT/SCH*WNTS 10%*W/22 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  9G26 |
| **WHITEHALL BOROUGH (STORMWATER)**<br>C/O JORDAN TAX SVC - CURR YR CLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  106.56<br>COMMENT:  189G26;THRU 4/24/18*CL4GOV**$0@0%/PL*NT/SCH*W/21 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  9G26 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  310.00<br>COMMENT:  FEES/PL | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  18-21613CMB |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  1,323.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5881 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  62.40<br>COMMENT:  ACCT NT/SCH*LAST TRANSACTION 5/18/18 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br><br>FISHERS, IN  46037 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  LOAN MOD @ 35*FR CENLAR-DOC 50*FR PINGORA-DOC 103 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2869 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  85.28<br>COMMENT:  NT/SCH*CVF/CITIZENS*STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7397 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  259.50<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6879 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br><br>FISHERS, IN  46037 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  12,931.04<br>COMMENT:  LOAN MOD @ 35*FR CENLAR-DOC 50*FR PINGORA-DOC 103 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  2869 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CENLAR~PINGORA LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br><br>FISHERS, IN  46037 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  DISALLOWED/OE*NT/PL*1400/NTC-POSTPET FEE/EXP*REF CL*W/26*FR CENLAR-[ | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2869 |
| **DSO Receipient**<br> | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  N ID 251283 | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **LAUREN M MOYER ESQ**<br>MCCABE WEISBERG & CONWAY LLC<br>123 SOUTH BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FLAGSTAR~PINGORA/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  0.00<br>COMMENT:  IMPROPER AMD CL W/DRAWN-DOC 55 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1960 |

| CLAIM RECORDS | | |
|---|---|---|
| **FREEDOM MORTGAGE CORP** | Trustee Claim Number:35  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| ATTN PAYMENT PROCESSING | Court Claim Number:10-2 | ACCOUNT NO.: 2869 |
| 10500 KINCAID DR | | |
| | CLAIM: 0.00 | |
| FISHERS, IN 46037 | COMMENT: PMT/DECL*LOAN MOD BGN 5/19*DKT4LMT*AMD*FR PINGORA-DOC 103 | |
| **AFNI INC** | Trustee Claim Number:36  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:6 | ACCOUNT NO.: 5701 |
| PO BOX 3002 | | |
| | CLAIM: 7,700.95 | |
| MALVERN, PA 19355-0702 | COMMENT: UNSEC BAL/OE*W/2*FR STATE FARM-DOC 99 | |