Certificate Number: 12433-PAW-DE-037360792

Bankruptcy Case Number: 18-21613



12433-PAW-DE-037360792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 19, 2023</u>, at <u>5:39</u> o'clock <u>PM EDT</u>, <u>Stanley Don Henry</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 19, 2023</u>          By:   <u>/s/Candace Jones</u>

Name: <u>Candace Jones</u>

Title: <u>Counselor</u>