**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  STANLEY D. HENRY<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>STANLEY D. HENRY<br><br>  Respondents | Case No. 18-21613CMB<br><br>Chapter 13<br><br>Document No. 115 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __18th__ day of __April__, 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of STANLEY D. HENRY, social security number XXX-XX-5881. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STANLEY D. HENRY.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

FILED
4/18/23 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21613-CMB |
| Stanley D. Henry | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stanley D. Henry, 649 Greenlee Road, Pittsburgh, PA 15227-1021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor PINGORA LOAN SERVICINGS  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Amy L. Zema | on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |

Brian Nicholas
    on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

Francis Thomas Tarlecki
    on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Whitehall jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com

Jerome B. Blank
    on behalf of Creditor PINGORA LOAN SERVICINGS  LLC. jblank@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria T. Capiral
    on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor PINGORA LOAN SERVICINGS  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

TOTAL: 18