IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Stanley D. Henry

Debtor(s).

Case No. 18-21613-CMB

Chapter 13

Related to Doc. Nos. 67 & 82, 117

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   The Trustee

☐   a motion to lift stay
    as to creditor _____

☐   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated June 3, 2019

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Debtor(s) Plan payments shall be changed from $ _____ to
    $ _____ per _____, effective _____ ; and/or the Plan
    term shall be changed from ____ months to ____ months.

[04/22]                                    -1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other: The base balance is increased to $130,919.04.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                                                                 -2-

**SO ORDERED**, this 20th day of April, 2023

Dated: April 20, 2023

_____
United States Bankruptcy Judge

Stipulated by:

/s/ Amy L. Zema
Amy L. Zema (PA I.D. #74701)
Counsel to Debtor
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com

Stipulated by:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
4/20/23 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]                           -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21613-CMB |
| Stanley D. Henry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 20, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley D. Henry, 649 Greenlee Road, Pittsburgh, PA 15227-1021 |
| 14993082 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14819474 | | Francis S. Hallinan, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14819478 | + | Melissa Wood, 5621 Curry Road, Pittsburgh, PA 15236-3517 |
| 14871111 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, Attn: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14819479 | + | Pingora Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 20 2023 23:37:00 | Borough of Whitehall, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2023 23:37:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 23:47:15 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15333210 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2023 23:47:35 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14820399 | | Email/Text: ally@ebn.phinsolutions.com | Apr 20 2023 23:37:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14819471 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 20 2023 23:37:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14850906 | + | Email/Text: ebnjts@grblaw.com | Apr 20 2023 23:37:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14819473 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 20 2023 23:37:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14819472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2023 23:47:25 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14857599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2023 23:47:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14850223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2023 23:47:43 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14819477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2023 23:47:42 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 14983475 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 18-21613-CMB   Doc 121   Filed 04/22/23   Entered 04/23/23 00:23:22   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 20 2023 23:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14873598 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 20 2023 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15335987 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 20 2023 23:37:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 14819475 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 20 2023 23:37:00 | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14819481 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 20 2023 23:37:00 | State Farm Bank, PO Box 2316, Bloomington, IL 61702 |
| 14860965 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 20 2023 23:37:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14871973 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 23:47:41 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14819480 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2023 23:37:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14875718 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2023 23:37:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991376 | | Email/Text: cashiering-administrationservices@flagstar.com | Apr 20 2023 23:37:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14866342 | ^ | MEBN | Apr 20 2023 23:33:08 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14819482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 20 2023 23:37:00 | Verizon, 500 Technology Dr., Ste. 300, 412372157, MO 63304-2225 |
| 14869194 | | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2023 23:47:13 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Pingora Loan Servicing, |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | PINGORA LOAN SERVICINGS, LLC. |
| cr | | Pingora Loan Servicing, LLC |
| cr | | Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB |
| 14819476 | | Jordan Tax Service |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Amy L. Zema | on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing LLC jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 18