**Fill in this information to identify the case:**

Debtor 1   STANLEY D. HENRY

Debtor 2  
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Pennsylvania__

Case number  18-21613-CMB

---

## Form 4100R
## Response to Notice of Final Cure Payment                               10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of Creditor:**   Freedom Mortgage Corporation                **Court claim no. (if known):** 10

**Last 4 digits** of any number you use to identify the debtor's account: __2869__

**Property address:**   649 GREENLEE ROAD  
Number  Street  
Pittsburgh, PA 15227  
City      State      ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  __07/01/2023__  
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                               (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:                +(b) $ _____

c. **Total**. Add lines a and b.                                                                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       _____  
MM/DD/YYYY

Debtor1  STANLEY D. HENRY  
      First    Middle    Last

Case number *(if known)* 18-21613-CMB

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon  
    Signature

Date 06/08/2023

Print   Mario Hanyon  
      First Name   Middle Name   Last Name

Title  Attorney

Company  Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  3825 Forrestgate Dr.  
      Number    Street

Winston-Salem, NC 27103  
City    State    ZIP Code

Contact phone  844-856-6646  Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>STANLEY D. HENRY<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br><br>vs.<br><br>STANLEY D. HENRY ,<br>    Debtor<br>and<br><br>Ronda J Winnecour<br>    Respondent | Case No. 18-21613-CMB<br>Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

    I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Amy L. Zema, Esq.
Law Office of Amy L. Zema
2366 Golden Mile Highway #155
Pittsburgh, PA 15239
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

*US Trustee*

<u>Via First Class Mail</u>:

STANLEY D. HENRY
649 GREENLEE ROAD
PITTSBURGH, PA 15227
*Debtor*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>June 8, 2023</u>

                                            <u>*/s/Mario Hanyon*</u>
                                            Andrew Spivack, PA Bar No. 84439
                                            Matt Fissel, PA Bar No. 314567
                                            Mario Hanyon, PA Bar No. 203993
                                            Ryan Starks, PA Bar No. 330002
                                            Jay Jones, PA Bar No. 86657
                                            Attorney for Creditor
                                            BROCK & SCOTT, PLLC
                                            3825 Forrestgate Drive
                                            Winston Salem, NC 27103
                                            Telephone: (844) 856-6646
                                            Facsimile: (704) 369-0760
                                            E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**