IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Stanley D. Henry, | : | Bankruptcy No. 18-21613-CMB |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Stanley D. Henry, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 20, 2023, at docket number 118, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 27, 2023

/s/ Amy L. Zema
Amy L. Zema, Esquire
Attorney for Debtors
PA ID: 74701
2366 Golden Mile Hwy., #155
Pittsburgh, PA 15239
(412) 744-4450 Telephone
amy@zemalawoffice.com

**PAWB Local Form 24 (07/13)**