Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stanley D. Henry**
   Debtor(s)

Bankruptcy Case No.: 18−21613−CMB

Chapter: 13
Docket No.: 126 − 124

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 27th of June, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/11/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/14/23 at 02:30 PM in https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/11/23.**

                                                <u>Carlota M Bohm</u>
                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stanley D. Henry  
    Debtor

Case No. 18-21613-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley D. Henry, 649 Greenlee Road, Pittsburgh, PA 15227-1021 |
| 14993082 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14819474 | | Francis S. Hallinan, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14819478 | + | Melissa Wood, 5621 Curry Road, Pittsburgh, PA 15236-3517 |
| 14871111 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, Attn: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14819479 | + | Pingora Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | Borough of Whitehall, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:19:11 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15333210 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2023 01:07:21 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14820399 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14819471 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14850906 | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14819473 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 28 2023 00:52:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14819472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14857599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:06:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14850223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:13 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14819477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:15 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 14983475 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 18-21613-CMB   Doc 127   Filed 06/29/23   Entered 06/30/23 00:31:08   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14873598 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2023 00:53:00 | 98083-0657<br>Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15335987 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 28 2023 00:52:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 14819475 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 28 2023 00:52:00 | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14819481 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 28 2023 00:52:00 | State Farm Bank, PO Box 2316, Bloomington, IL 61702 |
| 14860965 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 28 2023 00:52:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14871973 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:16 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14819480 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:51:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14875718 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991376 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 28 2023 00:53:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14866342 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2023 00:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14819482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon, 500 Technology Dr., Ste. 300, 412372157, MO 63304-2225 |
| 14869194 | | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:19:12 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Pingora Loan Servicing, |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | PINGORA LOAN SERVICINGS, LLC. |
| cr | | Pingora Loan Servicing, LLC |
| cr | | Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB |
| 14819476 | | Jordan Tax Service |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Amy L. Zema | on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 18