**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| STANLEY D. HENRY | Case No.:18-21613 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/24/2018 and confirmed on 6/8/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

|  |  |  |
|---|---:|---:|
| Total Receipts |  | 135,343.00 |
| Less Refunds to Debtor | 4,319.53 |  |
| TOTAL AMOUNT OF PLAN FUND |  | 131,023.47 |
| Administrative Fees |  |  |
|   Filing Fee | 0.00 |  |
|   Notice Fee | 0.00 |  |
|   Attorney Fee | 4,250.00 |  |
|   Trustee Fee | 6,233.52 |  |
|   Court Ordered Automotive Insurance | 0.00 |  |
| TOTAL ADMINISTRATIVE FEES |  | 10,483.52 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** |  |  |  |  |
| FREEDOM MORTGAGE CORPORATION  Acct: 2869 | 0.00 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATION  Acct: 2869 | 12,931.04 | 12,931.04 | 0.00 | 12,931.04 |
| FREEDOM MORTGAGE CORPORATION  Acct: 2869 | 0.00 | 80,357.04 | 0.00 | 80,357.04 |
| FREEDOM MORTGAGE CORPORATION  Acct: 2869 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (SWG)  Acct: 9G26 | 215.59 | 215.59 | 22.15 | 237.74 |
| WHITEHALL BOROUGH (STORMWATER)  Acct: 9G26 | 336.00 | 336.00 | 34.41 | 370.41 |
| WHITEHALL BOROUGH (STORMWATER)  Acct: 9G26 | 106.56 | 106.56 | 0.00 | 106.56 |
| AFNI INC  Acct: 5701 | 8,814.00 | 8,814.00 | 943.22 | 9,757.22 |
|  |  |  |  | 103,760.01 |
| **Priority** |  |  |  |  |
| AMY L ZEMA ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STANLEY D. HENRY  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STANLEY D. HENRY  Acct: | 4,319.53 | 4,319.53 | 0.00 | 0.00 |
| AMY L ZEMA ESQ  Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| AMY L ZEMA ESQ  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MELISSA WOOD++  Acct: 8401 | 0.00 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATION  Acct: 2869 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX3CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,180.75 | 3,180.75 | 0.00 | 3,180.75 |
|     Acct: 8678 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8356 | | | | |
|   PNC BANK NA | 2,070.12 | 2,070.12 | 0.00 | 2,070.12 |
|     Acct: 8003 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,205.02 | 1,205.02 | 0.00 | 1,205.02 |
|     Acct: 0001 | | | | |
|   ALLY FINANCIAL(*) | 70.75 | 70.75 | 0.00 | 70.75 |
|     Acct: 0321 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 597.45 | 597.45 | 0.00 | 597.45 |
|     Acct: 1960 | | | | |
|   UPMC HEALTH SERVICES | 1,323.00 | 1,323.00 | 0.00 | 1,323.00 |
|     Acct: 5881 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 62.40 | 62.40 | 0.00 | 62.40 |
|     Acct: 0002 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7397 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 259.50 | 259.50 | 0.00 | 259.50 |
|     Acct: 6879 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1960 | | | | |
|   AFNI INC | 7,700.95 | 7,700.95 | 0.00 | 7,700.95 |
|     Acct: 5701 | | | | |
|   CENLAR FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 16,469.94 |
| **TOTAL PAID TO CREDITORS** | | | | 120,539.95 |

```
TOTAL CLAIMED
   PRIORITY            310.00
   SECURED          22,403.19
   UNSECURED       16,469.94
```

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA 15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STANLEY D. HENRY

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-21613

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21613-CMB |
| Stanley D. Henry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley D. Henry, 649 Greenlee Road, Pittsburgh, PA 15227-1021 |
| 14993082 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14819474 | | Francis S. Hallinan, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14819478 | + | Melissa Wood, 5621 Curry Road, Pittsburgh, PA 15236-3517 |
| 14871111 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, Attn: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14819479 | + | Pingora Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | Borough of Whitehall, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:56 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15333210 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2023 01:06:47 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14820399 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14819471 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14850906 | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14819473 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 28 2023 00:52:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14819472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14857599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:45:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14850223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:01 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14819477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:25 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 14983475 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 18-21613-CMB   Doc 128   Filed 06/29/23   Entered 06/30/23 00:31:08   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14873598 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2023 00:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15335987 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 28 2023 00:52:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 14819475 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 28 2023 00:52:00 | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14819481 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 28 2023 00:52:00 | State Farm Bank, PO Box 2316, Bloomington, IL 61702 |
| 14860965 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 28 2023 00:52:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14871973 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:19:15 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14819480 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:51:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14875718 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991376 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 28 2023 00:53:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14866342 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2023 00:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14819482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon, 500 Technology Dr., Ste. 300, 412372157, MO 63304-2225 |
| 14869194 | | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:19:27 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Pingora Loan Servicing, |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | PINGORA LOAN SERVICINGS, LLC. |
| cr | | Pingora Loan Servicing, LLC |
| cr | | Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB |
| 14819476 | | Jordan Tax Service |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Amy L. Zema | on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 18