IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STANLEY D. HENRY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 18-21613

Chapter 13

Document No.: 124

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this  14th  day of  August , 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/14/23 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stanley D. Henry  
    Debtor

Case No. 18-21613-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 14, 2023      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley D. Henry, 649 Greenlee Road, Pittsburgh, PA 15227-1021 |
| 14993082 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14819474 | | Francis S. Hallinan, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14819478 | + | Melissa Wood, 5621 Curry Road, Pittsburgh, PA 15236-3517 |
| 14871111 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, Attn: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14819479 | + | Pingora Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 14 2023 23:44:00 | Borough of Whitehall, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:28 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15333210 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2023 23:51:51 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14820399 | | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:44:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14819471 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:44:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14850906 | + | Email/Text: ebnjts@grblaw.com | Aug 14 2023 23:44:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14819473 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 14 2023 23:45:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14819472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:50:58 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14857599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 00:40:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14850223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 23:51:47 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14819477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 00:02:46 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 14983475 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 18-21613-CMB    Doc 132    Filed 08/16/23    Entered 08/17/23 00:29:20    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14873598 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 14 2023 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15335987 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 14 2023 23:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 14819475 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 14 2023 23:45:00 | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14819481 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 14 2023 23:44:00 | State Farm Bank, PO Box 2316, Bloomington, IL 61702 |
| 14860965 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 14 2023 23:44:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14871973 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:28 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14819480 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14875718 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991376 | | Email/Text: cashiering-administrationservices@flagstar.com | Aug 14 2023 23:46:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14866342 | | Email/Text: BNCnotices@dcmservices.com | Aug 14 2023 23:45:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14819482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 14 2023 23:44:00 | Verizon, 500 Technology Dr., Ste. 300, 412372157, MO 63304-2225 |
| 14869194 | | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2023 23:39:31 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Pingora Loan Servicing, |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | PINGORA LOAN SERVICINGS, LLC. |
| cr | | Pingora Loan Servicing, LLC |
| cr | | Pingora Loan Servicing,LLC c/o Flagstar Bank, FSB |
| 14819476 | | Jordan Tax Service |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023                               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor PINGORA LOAN SERVICINGS  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Amy L. Zema | on behalf of Debtor Stanley D. Henry amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Stanley D. Henry amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICINGS  LLC. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PINGORA LOAN SERVICINGS  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 18